CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Diego Enrique Montano-Fimbres**<br>DOB: 1982; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00006MJ** |

Complaint for violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 24, 2023, in the District of Arizona, **Diego Enrique Montano-Fimbres**, knowing that he was an alien unlawfully in the United States, did knowingly possess, in and affecting interstate or foreign commerce, a Taurus Armas G2C 9mm pistol, a Remington 870 shotgun, and an Anderson AM-15 rifle. All in violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 24, 2023, Homeland Security Investigations (HSI) Special Agents (SA) and Task Force Officer (TFO) observed Diego Enrique MONTANO-Fimbres leave his residence in Tucson, AZ. Pima County Sheriff's Office (PCSO) encountered MONTANO near 12th Avenue and Hatfield. A search of MONTANO yielded two cell phones, approximately $3110.00 USD, and one round of .223 caliber ammunition.

On the same day, shortly after MONTANO was detained, HSI SAs searched his residence. During the search, HSI SAs located three firearms, Taurus Armas G2C 9mm pistol, a Remington 870 shotgun, and an Anderson AM-15 rifle. HSI SAs also found approximately 2,000 rounds of ammunition at the residence. According to Pima County Assessor's Office, MONTANO is the registered owner of the Target Residence

MONTANO is a Mexican citizen who has no legal or lawful status in the United States. MONTANO is subject to a final order of removal by an immigration judge issued on May 24, 2016, and is released on an Order of Supervision by Immigration and Customs Enforcement.

A Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gave a preliminary finding that the possession or use of all three recovered firearms traveled in or affected foreign or interstate commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Sarah B. Houston*   SARAH HOUSTON (Digitally signed by SARAH HOUSTON Date: 2023.01.25 10:09:46 -07'00') | SIGNATURE OF COMPLAINANT (official title)<br>NICOLE M PELLEGRINI (Digitally signed by NICOLE M PELLEGRINI Date: 2023.01.25 10:00:47 -07'00')<br><br>OFFICIAL TITLE<br>HSI Special Agent Nicole Pellegrini |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>January 25, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54