GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

CR23-00251 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Diego Enrique Montano-Fimbres,<br><br>Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy to Smuggle Goods from the United States)<br>Count 1<br><br>18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 2<br><br>18 U.S.C. § 2(a)<br>(Aiding and Abetting the Commission of an Offense)<br>Count 2<br><br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)<br>(Possession of a Firearm and Ammunition by a Prohibited Person)<br>Count 3<br><br>18 U.S.C. § 924(d);<br>28 U.S.C. § 2461(c);<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a time unknown to on or about January 11, 2023, in the District of Arizona, Defendant DIEGO ENRIQUE MONTANO-FIMBRES did knowingly and intentionally

combine, conspire, confederate, and agree with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a); Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774, in violation of Title 18, United States Code, Section 554(a).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of a firearm and ammunition from the United States into the Republic of Mexico.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendant and his co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that the defendant and/or his co-conspirators would purchase and acquire firearms within the District of Arizona.

It was a further part of the conspiracy that the defendant and/or his co-conspirators would provide the funds and directions for the firearm purchases to the defendant and/or co-conspirators who purchased the firearms and provide monetary compensation for the firearm purchases.

It was a further part of the conspiracy that the defendant and/or his co-conspirators would transfer the firearms to either the defendant and/or co-conspirators within the District of Arizona.

It was a further part of the conspiracy that the defendant and/or his co-conspirators would transfer the firearm and ammunition with the knowledge that the items

were intended to ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that co-conspirators would transport the firearms from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the defendant and/or his co-conspirators did not have any valid license or other authority to export the firearms from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about January 11, 2023, in the District of Arizona, Defendant DIEGO ENRIQUE MONTANO-FIMBRES, transferred one (1) 9mm IHK VP9 firearm and 980 rounds of 7.62x39 caliber ammunition to co-conspirator J.R.-B. knowing that the firearm and ammunition would be exported to Mexico in violation of the law.

On or about January 11, 2023, in the District of Arizona, co-conspirator J.R.-B. transported the firearm and ammunition to the border and attempted to export the firearms and ammunition from Arizona to the Republic of Mexico knowing the exportation was contrary to any law or regulation of the United States.

The aforementioned firearm and ammunition qualify as United States Commerce Control List items, and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither the defendant nor the aforementioned co-conspirators had a license or any other lawful authority to export the firearms from the United States into Mexico.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**

On or about January 11, 2023, in the District of Arizona, Defendant DIEGO ENRIQUE MONTANO-FIMBRES aided, abetted, counseled, commanded, induced, and procured co-conspirator J.R.-B. to knowingly and fraudulently attempt to export and send

from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is, one (1) 9mm lHK VP9 firearm and 980 rounds of 7.62x39 caliber ammunition knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Sections 554(a) and 2(a).

## COUNT 3

On or about January 24, 2023, in the District of Arizona, Defendant DIEGO ENRIQUE MONTANO-FIMBRES, knowing that he was unlawfully in the United States, knowingly possessed firearms and ammunition, in and affecting interstate or foreign commerce, to wit: one (1) Taurus Armas G2C 9mm pistol, one (1) Remington Wingmaster 870 shotgun, one (1) Anderson AM-15 multi-caliber rifle, and 1,073 rounds of 7.62x39 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, Diego Enrique Montano-Fimbres, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. Remington Wingmaster 870 shotgun, serial number: 1107284V;
2. Anderson AM 15 Multi Caliber Rifle, serial number: 20186442;
3. Taurus Armas, Taurus G2C 9MM pistol, serial number: ADK839053;
4. 1073 rounds of 7.62x39 ammunition;

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: February 22, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

SARAH B. HOUSTON
Assistant U.S. Attorney